UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: :
: Jointly Administered
**Montgomery Ward, LLC, et al.,** : Case Nos. 00-4667
: through 4675 (RTL)
:
: Chapter 11
Debtors. :

## ORDER APPOINTING ERWIN I. KATZ AS MEDIATOR

1. Pursuant to 11 U.S.C. § 105(a), Erwin I. Katz, Esq. (the "Mediator") is hereby appointed to act as mediator in a non-binding mediation, in an effort to reach a consensual resolution of the claims that may be raised by the Official Committee of Unsecured Creditors appointed in the above-referenced chapter 11 cases (the "Committee") against General Electric Capital Corporation and certain of its affiliates (excluding the above-referenced debtors) (collectively, the "GE Entities").

2. The parties in interest have initiated the contact with the Mediator who will establish methods and procedures for the conduct of the mediation.

3. Counsel for the above-referenced debtors shall immediately transmit a copy of this Order to counsel for the Committee and the GE Entities.

Raymond T. Lyons
United States Bankruptcy Judge

Date: November 29, 2001