IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MONTGOMERY WARD, LLC, *et al.*, ) | |
| ) | Case No. 00-4667 (KG) |
| Reorganized Debtors. ) | |
| ) | Jointly Administered |
| ) | |

## NOTICE OF COMPLETION OF MEDIATION

PLEASE TAKE NOTICE that I, Ian Connor Bifferato, was assigned to serve as mediator by Order entered on July 26, 2006, between the Plan Administrator and Claimants Dr. Edward G. Dahne and Dr. Marlene Z. Dahne, regarding Claim No. 35422. Mediation was held on October 19, 2006. As the matter did not settle during the initial mediation session, the discussions continued, and on January 18, 2006, the parties reached a settlement.

Dated: January 25, 2007

MEDIATOR

_____
Ian Connor Bifferato (# 3273)
BIFFERATO GENTILOTTI & BALICK
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899

cc: Melissa Harrison, Esq.
     Drs. Edward G. and Marlene Z. Dahne