

546 Valley Road
Upper Montclair, NJ 07043
www.loganandco.com

973.509.3190 Ph
973.509.3191 Fx



bankruptcy administration specialists

Via Regular Mail

September 12, 2011

Mr. David D. Bird, Clerk of Court
United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

Re: <u>Certification of No Claim Activity Pursuant to Local Rule 2002-1(f)(vi)</u>

Dear Mr. Bird:

Upon information and belief, no claim activity has occurred in the following case:

**MONTGOMERY WARD, LLC, Case No. 00-04667**

Please acknowledge receipt of this letter by date stamping the enclosed copy and returning it to me in the self addressed stamped envelope.

If you have any questions or comments, do not hesitate to contact me.

Very truly yours,

Sylwia Baka